UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
RAPHAEL THOMAS,

                      Plaintiff,

    -against-

DUNKIN DONUTS, INC., et al.,

                    Defendants.
------------------------------------------------------------------ X

07-CV-2864
(ARR) (RLM)

NOT FOR ELECTRONIC
OR PRINT
PUBLICATION

ORDER

ROSS, United States District Judge:

I have received the Report and Recommendation on the instant case dated March 14, 2008 from the Honorable Roanne L. Mann, United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, I hereby adopt the Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). Accordingly, plaintiff's motion for default judgment is denied, with leave to file and serve a further amended complaint containing sufficient allegations as to Empire Donut's liability.

SO ORDERED.

                                                s/ Allyne R. Ross

                                                Allyne R. Ross
                                                United States District Judge

Dated: March 28, 2008
       Brooklyn, New York

**SERVICE LIST:**

Attorney for Plaintiff

**Nkereuwem Umoh**
The Law Office of Uwem Umoh
255 Livingston Street
4th Floor
Brooklyn, NY 11201

Attorney for Defendant Dunkin Donuts

**John J. Doody**
Lewis Brisbois Bisgaard & Smith, LLP
199 Water Street
25th Floor
New York, NY 10038

Attorney for Defendant City of New York

**Stuart E. Jacobs**
New York City Law Department
100 Church Street
New York, NY 10007

cc: Magistrate Judge Roanne L. Mann